UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW S. FAIRFIELD, TRACY FAIRFIELD, et al | ) Civil Action No. 04-12604-PBS ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MASSACHUSETTS STATE CARPENTERS HEALTH BENEFIT FUND, HARRY R. DOW and JAMES W. BUCKLEY, JR., | ) ) ) ) |
| Defendants | ) ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Massachusetts State Carpenters Health Benefits Fund, Harry R. Dow, and James W. Buckley, Jr., upon the accompanying memorandum of law, respectfully move to dismiss the complaint in its entirety pursuant to F.R.Civ.P. 12 (b)(1) and (6).

The undersigned counsel certifies that he attempted to consult with counsel for plaintiffs in a good faith effort to resolve or narrow the issues.

Date:   May 6, 2005             Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS LLC
225 Friend Street
Boston, MA 02114  (617) 723-8440
/s/ Christopher N. Souris_____
Attorney for defendants

**CERTIFICATE OF SERVICE**

      I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served this 5th day of May, 2005 Robert H. Flynn, Daly, Cavanaugh & Flynn, LLP 27 Mica Lane, Wellesley, MA 02481

_____

Christopher N. Souris