UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Andrew S. Fairfield, et al<br>        Plaintiffs, | CIVIL ACTION<br>NO.  04-12604-PBS |
| v. | |
| Massachusetts State Carpenters<br>Health Benefit Fund, et al<br>        Defendants. | |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                         May 9, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **June 16, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                            By the Court,

                                            _/s/ Robert C. Alba_
                                            Deputy Clerk

Copies to:  All Counsel