UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW S. FAIRFIELD, TRACY FAIRFIELD, et al </br>   Plaintiffs </br> v. </br> </br> MASSACHUSETTS STATE CARPENTERS HEALTH BENEFIT FUND, HARRY R. DOW and JAMES W. BUCKLEY, JR. </br>   Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 04-12604-PBS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

NOTICE OF APPEARANCE

Please take notice that Christopher N. Souris hereby enters his appearance on behalf of the defendants in this action.

Date: May 10, 2005         Respectfully submitted,

             Christopher N. Souris
             BBO #556343
             KRAKOW & SOURIS LLC
             225 Friend Street
             Boston, MA 02114    (617) 723-8440
             /s/ Christopher N. Souris
             Attorney for defendants

**CERTIFICATE OF SERVICE**

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served this 5th day of May, 2005 Robert H. Flynn, Daly, Cavanaugh & Flynn, LLP 27 Mica Lane, Wellesley, MA 02481

             /s/ Christopher N. Souris
             Christopher N. Souris