UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREW S. FAIRFIELD, TRACY FAIRFIELD, individually and as mother and next friend of MEGAN FAIRFIELD and ERIN FAIRFIELD,<br>    Plaintiffs,<br>v.<br>MASSACHUSETTS STATE CARPENTERS HEALTH BENEFIT FUND, HARRY R. DOW and JAMES W. BUCKLEY, JR.<br>    Defendants | Civil Action No. 04-12604-PBS |

### DEFENDANTS' RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), the undersigned has conferred on behalf of all defendants with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in LR 16.4

Dated: June 14, 2005          Respectfully submitted,

/s/James W. Buckley Jr.
James W. Buckley, Jr.


/c/ Christopher N. Souris
Christopher N. Souris  BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114 (617) 723-8440