UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12604-PBS

Andrew S. Fairfield, et al
Plaintiffs,

v.

Mass State Carpenters Health Benefits Fund, et al,
Defendants.

ORDER OF DISMISSAL

SARIS, D.J.

    For failure of the Plaintiff to prosecute the above-entitled action, this case is hereby dismissed without prejudice unless within 30 days from the date of this order Plaintiff shows good cause as to why the action should be reopened.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

March 12, 2007

To: All Counsel